IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLYTHE MCDONNELL & SEAN MCDONNELL,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, *et al.*,<br><br>    Defendants. | Case No. 4:17-cv-00146-DGK |

### NOTICE OF APPEARANCE

Thomas V. Bender of the firm Walters Bender Strohbehn & Vaughan, P.C. hereby enters his appearance as additional counsel for Plaintiffs in the above-captioned matter.

Dated: July 7, 2017      Respectfully Submitted,

              WALTERS BENDER STROHBEHN
               & VAUGHAN, P.C.

              By   */s/ Thomas V. Bender*
               Thomas V. Bender – Mo. Bar #28099
               Dirk L. Hubbard – Mo. Bar #37936
               2500 City Center Square
               1100 Main Street
               P.O. Box 26188
               Kansas City, MO 64196
               (816) 421-6620
               (816) 421-4747 (Facsimile)
               tbender@wbsvlaw.com
               dhubbard@wbsvlaw.com

              **ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 7th day of July 2017.

*/s/ Thomas V. Bender*