IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLYTHE AND SEAN MCDONNELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00146-DGK |
| | ) |
| NATIONSTAR MORTGAGE LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT FIELD ASSET SERVICES, LLC A/K/A ASSURANT FIELD SERVICES, LLC'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S PETITION

COMES NOW Defendant Field Asset Services, LLC a/k/a Assurant Field Services, LLC, by and through its counsel of record, and moves for dismissal of Count I of Plaintiffs' Petition for Damages pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of Defendants' motion to dismiss, Defendants have filed, contemporaneously herewith, a memorandum in support.

WHEREFORE Defendant Field Asset Services, LLC a/k/a Assurant Field Services, LLC respectfully requests this Court dismiss Count I of Plaintiff's Petition for Damages against this Defendant for failure to state a claim upon which relief may be granted, and for such other and further relief as the Court deems just and proper.

MORROW•WILLNAUER•CHURCH, L.L.C.

By _____/s/ Marshall Woody_____
JAMES C. MORROW, #32658
MARSHALL W. WOODY # 64251 (KS-000987)
8330 Ward Parkway, Suite 300
Kansas City, Missouri 64114
Telephone: (816) 382-1382
Fax: (816) 382-1383
Email: jmorrow@mwcattorneys.com

ATTORNEY FOR DEFENDANT
FIELD ASSET SERVICES, LLC AKA
ASSURANT FIELD SERVICES, LLC

2

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 28th day of September 2017, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 28th day of September 2017, to:

Jason K. Rew
OSWALD ROAM & REW LLC
601 NW Jefferson Street
Post Office Box 550
Blue Springs, Missouri 64013-0550

Thomas V. Bender
Dirk L. Hubbard
WALTERS BENDER STROHBEHN
& VAUGHAN, P.C.
2500 City Center Square
1100 Main Street
P.O. Box 26188
Kansas City, Missouri 64196

ATTORNEY FOR PLAINTIFFS

Benjamin F. Mann
Christopher C. Miles
HUSCH BLACKWELL, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

ATTORNEYS FOR DEFENDANT
NATIONSTAR MORTGAGE, LLC

_____
MARSHALL W. WOODY