IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLYTHE MCDONNELL & <br> SEAN MCDONNELL, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, <br> FIELD ASSET SERVICES, LLC a/k/a <br> ASSURANT FIELD ASSET SERVICES, <br> SOLUTIONSTAR FIELD SERVICES, LLC, <br> SPECTRUM FIELD SERVICES, INC., AND <br> SOUND MIND REAL ESTATE, LLC, <br><br> Defendants. | Case No: 4:17-cv-000146-DGK |

### DEFENDANT SOUND MIND REAL ESTATE, LLC'S MOTION TO DISMISS COUNT I OF PLAINTIFFS' FIRST AMENDED COMPLAINT

COMES NOW defendant, Sound Mind Real Estate, LLC, by and through its counsel, Fox Galvin, LLC, and moves for dismissal of Count I of plaintiffs' First Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6). In support of defendant's Motion to Dismiss, defendant has filed, contemporaneously herewith, a Memorandum in Support of its Motion to Dismiss and an Answer as to Counts II, III, IV, V and VI of plaintiffs' First Amended Complaint.

WHEREFORE, defendant, Sound Mind Real Estate, LLC, respectfully requests this Court dismiss Count I of plaintiffs' First Amended Complaint against this defendant for failure to state a claim upon which relief may be granted, and for such other and further relief as the Court deems just and proper.

FOX GALVIN, LLC

By:   s/ Richard B. Korn
     Richard B. Korn, # 06229621
     rkorn@foxgalvin.com
     One Memorial Drive, 12th Floor
     St. Louis, MO 63102
     (314) 588-7000
     (314) 588-1965 (Fax)

     Attorneys for Defendant
     Sound Mind Real Estate, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the following counsel of record:

| | |
|---|---|
| Mr. Jason K. Rew<br>Oswald Roam Rew & Fry, LLC<br>602 NW Jefferson Street<br>PO Box 550<br>Blue Springs, MO 64013<br>816-229-8121<br>816-229-0802 (Fax)<br>jrew@orrf-law.com | Mr. James C. Morrow<br>Mr. Marshall W. Woody<br>Morrow Willnauer Church, L.L.C.<br>8330 Ward Parkway, Suite 300<br>Kansas City, MO 64114<br>816-382-1382<br>816-382-1383 (Fax)<br>jmorrow@mwcattorneys.com |
| Mr. Thomas V. Bender<br>Mr. Dirk L. Hubbard<br>Walters Bender Strohbehn & Vaughan, PC<br>1100 Main Street<br>PO Box 26188<br>Kansas City, MO 64196<br>816-421-6620<br>816-421-4747 (Fax)<br>dhubbard@wbsvlaw.com<br>tbender@wbsvlaw.com | Attorneys for Defendant Field Asset Services, LLC a/k/a Assurance Field Services, LLC<br><br>Mr. Thomas B. Alleman<br>Dykema Cox Smith<br>1717 Main, Suite 4200<br>Dallas, TX 75201<br>214-698-7830<br>214-462-6401 (Fax)<br>talleman@dykema.com |
| Attorneys for Plaintiffs | Attorney for Defendant Nationstar Mortgage, LLC |

     /s/ Richard B. Korn