IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

BLYTHE MCDONNELL &
SEAN MCDONNELL,

          Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC, *et al.*,

          Defendants.

Case No. 4:17-cv-00146-DGK

## PLAINTIFFS' STATUS UPDATE REGARDING SERVICE

Plaintiffs have been in contact with counsel for new Defendant SolutionStar Field Services, LLC ("SolutionStar"), and said counsel agreed to accept service on behalf of SolutionStar. Per that agreement, the Summons and Amended Complaint were served via electronic mail to counsel for new Defendant SolutionStar on March 14, 2018. Counsel acknowledged service via electronic mail on March 17, 2018. Since that date, the Court has Ordered agreed extensions of time such that Defendant SolutionStar's Answer or other responsive pleading is presently due on or before April 20, 2018, but Plaintiffs have indicated upon request from counsel for NationStar and SolutionStar that Plaintiffs do not have any objection to an additional two week extension of time to Answer or otherwise respond.

Attorneys for Defendant Sound Mind Real Estate, LLC ("Sound Mind") entered their appearance but indicated that service needed to be made on Defendant. Service was made upon the registered agent of Defendant Sound Mind on March 17, 2018. Defendant Sound Mind has filed it Answer and a Motion to Dismiss Count I, as to which Plaintiffs have filed a written opposition brief and also requested oral argument.

Plaintiffs have been in contact with counsel for Defendant Spectrum Field Services, Inc. ("Spectrum"), and said counsel agreed to accept service on behalf of Spectrum. Per that agreement, the deadline for Spectrum to file its Answer or other response pleading is May 14, 2018.

Dated: April 20, 2018                    Respectfully Submitted,

                                                                WALTERS BENDER STROHBEHN
                                                                    & VAUGHAN, P.C.

                                                                   By      */s/ Thomas V. Bender*
                                                                      Thomas V. Bender – Mo. Bar #28099
                                                                      Dirk L. Hubbard – Mo. Bar #37936
                                                                      2500 City Center Square
                                                                      1100 Main Street
                                                                      P.O. Box 26188
                                                                      Kansas City, MO 64196
                                                                      (816) 421-6620
                                                                      (816) 421-4747 (Facsimile)
                                                                      tbender@wbsvlaw.com
                                                                      dhubbard@wbsvlaw.com


and

OSWALD ROAM REW & FRY LLC

By      */s/ Jason K. Rew*
    Jason K. Rew – Mo. Bar # 49721
    601 NW Jefferson Street
    P.O. Box 550
    Blue Springs, MO 64013
    (816) 229-8121
    (816) 229-0802 (Fax)
    jrew@orrf-law.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 20th day of April 2018.

                                                                                   */s/ Thomas V. Bender*