IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BLYTHE MCDONNELL & | ) | |
| SEAN MCDONNELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:17-cv-00146-DGK |
| v. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| FIELD ASSET SERVICES, LLC a/k/a | ) | |
| ASSURANT FIELD ASSET SERVICES, | ) | |
| SOLUTIONSTAR FIELD SERVICES, LLC | ) | |
| SPECTRUM FIELD SERVICES, INC., | ) | |
| and SOUND MIND REAL ESTATE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

COMES NOW Defendant, Spectrum Field Services, Inc., by and through counsel, and hereby certifies to the Court that ***Defendant Spectrum Field Services, Inc.'s Responses to Plaintiffs' First Requests for Production and Defendant Spectrum Field Services, Inc.'s Answers to Plaintiffs' First Interrogatories*** were served via U.S. Mail to:

Thomas V. Bender
Dirk Hubbard
Horn Aylward & Bandy, LLC
2600 Grand, Ste. 1100
Kansas City, MO 64108
816-421-0700
816-421-0899 Facsimile
tbender@hab-law.com
dhubbard@hab-law.com
     *And*
Jason K. Rew
Oswald Roam & Rew LLC
601 NW Jefferson Street
P.O. Box 550
Blue Springs, MO 64013-0550

816-229-8121
816-229-0802 Facsimile
jrew@orrf-law.com
***Attorneys for Plaintiffs***

David R. Buchanan
Brown & James, P.C.
2345 Grand Blvd., Suite 2100
Kansas City, MO 64108
816-472-0800
816-421-1183 Facsimile
dbuchanan@bjpc.com
***Attorneys for Defendant Nationstar Mortgage, LLC and Solutionstar Field Services, LLC***

James C. Morrow
Morrow • Willnauer • Church, L.L.C.
8330 Ward Parkway, Suite 300
Kansas City, MO 64114
816-382-1382
816-382-1383 Facsimile
jmorrow@mwcattorneys.com
***Attorneys for Defendant Field Asset Services, LLC***

HEPLERBROOM LLC

By: */s/ Katharine A. Watkins*
      Thomas J. Magee No. 32871
      Katharine A. Watkins No. 62052
      211 N Broadway, Suite 2700
      St. Louis, MO 63102
      314-241-6160
      314-241-6116 Fax
      tm1@heplerbroom.com
      kaa@heplerbroom.com
      *Attorneys for Defendant*
      *Spectrum Field Services, Inc.*