IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLYTHE MCDONNELL & SEAN MCDONNELL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:17-cv-00146-DGK ) ) |
| NATIONSTAR MORTGAGE, LLC, FIELD ASSET SERVICES, LLC a/k/a ASSURANT FIELD ASSET SERVICES, SOLUTIONSTAR FIELD SERVICES, LLC SPECTRUM FIELD SERVICES, INC., and SOUND MIND REAL ESTATE, LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## WITHDRAWAL OF COUNSEL

COMES NOW HeplerBroom LLC and notifies the Court that Katharine A. Watkins hereby withdraws her appearance as attorney of record on behalf of Defendant Spectrum Field Services, Inc.

*Additionally, please remove Katharine A. Watkins from the Court's e-mail notifications for this case.*

Thomas J. Magee of HeplerBroom LLC remains as counsel of record for Defendant Spectrum Field Services.

HEPLERBROOM LLC

By: */s/ Katharine A. Watkins*
Thomas J. Magee No. 32871
Katharine A. Watkins No. 62052
211 N. Broadway, Suite 2700
St. Louis, MO 63102
314-241-6160
314-241-6116 fax
tm1@heplerbroom.com
kaa@heplerbroom.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all attorneys of record.

*/s/ Katharine A. Watkins*